**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>LUIS RODRIGUEZ-SILVA,<br>**Defendant.** | CRIMINAL NO. 17-016 (DRD) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 12, 2018, defendant Luis Rodriguez-Silva (hereinafter referred to as "Rodriguez-Silva") entered a straight plea as to Counts One and Two of the Indictment charging defendant with violations of Title 18, United States Code, Sections 922 (g) (1), 922 (o) (1) and 924 (a) (2); and

WHEREAS, on January 12, 2018, Rodriguez-Silva was sentenced. As part of the judgment, the Honorable Court ordered that defendant forfeit to the United States all his rights, titles, and interests in the following properties:

    a. an AR-15 type, black and pink rifle, .223 caliber, model and serial number unknown, fully loaded with a double chum 50 round capacity magazine;

    b. 157 rounds of .223 ammunition;

    c. 1 round of .45 caliber ammunition;

    d. 4 Magpul black rifle magazines; and

    e. 1 Glock magazine; and

WHEREAS, on May 9, 2018, the Court entered a Preliminary Order of Forfeiture against defendant Rodriguez-Silva forfeiting to the United States the defendant's interest in the aforementioned property; and

WHEREAS, service of process was executed as to Defendant Rodriguez-Silva:

a. Via attorney Javier A. Cuyar-Olivo at the Law Offices of Javier A. Cuyar-Olivo, P.O. Box 9021603, San Juan, Puerto Rico 00902-1603, on May 24, 2018.

b. Via Certified Mail at Luis Rodriguez-Silva, Register No. 39332-069, FCI Miami, Federal Correctional Institution, P.O. Box 779800, Miami, FL 33177, on May 31, 2018

WHEREAS, in accordance with Title 21, United States Code, Section 853 (n) and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States properly posted notice of the forfeiture of the property and the requirements for filing a claim for the property on May 16, 2018, on an official government internet site (www.forfeiture.gov), as required by law; and

WHEREAS, Notice of Publication was filed on July 10, 2018; and

WHEREAS, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853 (n), any person asserting a legal interest in the property subject to forfeiture could, within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever was earlier, petition the Court for a hearing to adjudicate the validity of his alleged interest in the property; and

WHEREAS, the United States made a sufficient showing of the forfeitability of the properties; and

WHEREAS, by virtue of the plea agreement and the criminal judgment, the United States is now entitled to possession of the property, free and clear, pursuant to Title 21, United States Code, Section 853 (n) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

WHEREAS, any claims as to the property would be time barred; accordingly,

IT IS ORDERED:

*Criminal No. 17-016 (DRD)*

1. That defendant Rodriguez-Silva shall forfeit to the United States the property, free and clear, pursuant to Title 21, United States Code, Section 853 (n) and Rule 32.2 of the Federal Rules of Criminal Procedure, and no rights, titles, or interests to the property shall exist in any other party; and

2. It is further ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

3. It is further ORDERED that pursuant to Rule 32.2 (b) (4) of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture as to the aforementioned property; and

4. It is further ORDERED that the defendant property shall be forfeited and disposed of according to law by the United States Immigration and Customs Enforcement, Homeland Security Investigations ("ICE-HSI").

5. The Clerk is directed to send copies of this Final Order of Forfeiture to Max Perez-Bouret, Assistant United States Attorney, Torre Chardón, Suite 1201, 350 Carlos Chardón Street, Hato Rey, Puerto Rico 00918, and to ICE-HSI.

   **IT IS SO ORDERED.**

   San Juan, Puerto Rico, this 6th day of November, 2018.

                                            s/ Daniel R. Dominguez
                                            DANIEL R. DOMINGUEZ
                                            UNITED STATES DISTRICT JUDGE